IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EVANS, | No. CIV S-09-0291-FCD-CMK-P |
|     Plaintiff, | |
|   vs. | FINDINGS AND RECOMMENDATIONS |
| M. McDONALD, et al., | |
|     Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for injunctive relief (Doc. 22), filed on May 28, 2009. Because judgement was entered on May 21, 2009, and this action has been closed, the motion should be denied.[1]

/ / /

/ / /

/ / /

---

[1] To the extent plaintiff asserts that prison officials have "commenced a campaign of harassment and retaliation," plaintiff's claims are more properly the subject of a new civil rights action.

1

Based on the foregoing, the undersigned recommends that plaintiff's motion for injunctive relief (Doc. 22) be denied and that no further motions or requests for relief be entertained in this closed file.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, any party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 10, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE